IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:11cv507-FDW

| | |
|---|---|
| UNITES STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) DEFAULT JUDGMENT OF FORFEITURE ) |
| APPROXIMATELY $40,000.00 IN UNITED STATES FUNDS, | ) ) ) |
| Defendant. | ) ) ) ) |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture in rem of the Defendant Property was filed on October 13, 2011.

2. Process was fully issued in this action and returned according to law. Pursuant to an Order and Warrant for Arrest in Rem, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov on October 14, 2011 through November 12, 2011.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has entered Default as to the holder of the record title.

4. Based on the affidavit of Task Force Officer Jennifer Hetrick of the Charlotte Mecklenburg Police Department, the government has shown that the Defendant Property was used or intended to be used to commit or facilitate the commission of violations of 31 U.S.C. §§ 5313(a) or 5324, and that it is therefore subject to forfeiture under 31 U.S.C. § 5317(c)(2).

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: approximately $40,000.00 in United States funds.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: April 3, 2012

*Frank D. Whitney*
Frank D. Whitney
United States District Judge